IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MELVIN BERNARD GOODEN,  §
    Plaintiff,  §
      §
v.  §  No. 3:20-cv-00646-M (BT)
      §
CHRISTOPHER TODD, et al.,  §
    Defendants.  §

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated October 19, 2020. The Court has reviewed the Findings, Conclusion, and Recommendation for plain error and has found none.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**IT IS FURTHER ORDERED** that Plaintiff has 21 days from the date of this order within in which to file an amended complaint, and if he fails to do so, all of Plaintiff's claims will be dismissed with prejudice without further notice.

**SO ORDERED** this 10th day of November, 2020.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE